AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF WASHINGTON

HAROLD JOHN MURPHY, JR.

v.

WASHINGTON STATE DEPARTMENT OF CORRECTIONS, et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C11-5174BHS

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The R & R is **ADOPTED**; and

Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**.

September 23, 2011

WILLIAM M. McCOOL
Clerk

*s/CM Gonzalez*
Deputy Clerk